UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x

DAVID A. GOMES and CAMEILA N. GOMES,

              Plaintiffs,

- against -

RICARDO GONSALVES and BIBI GONSALVES,

              Defendants.
----------------------------------------------------------x

Civil Action No.

CV 03 0320 (SJ)

*STIPULATION OF DISCONTINUANCE*

IT IS STIPULATED that this action, including the claims stated in the complaint and the counterclaims stated in defendants' answer, is discontinued, with prejudice, each party bearing their own costs. This stipulation may be executed in counterparts.

Dated: Mineola, N.Y.
      10|8, 2003

_____
Mark M. Horowitz
Attorney for plaintiff
300 Old Country Road
Mineola, N.Y. 11501

_____
David A. Gomes

_____
Cameila N. Gomes

FILED
IN CLERKS OFFICE
U.S. DISTRICT COURT ED. N.Y.
★ NOV - 3 2003 ★
P.M.
TIME A.M.

_____
Lazarowitz & Manganillo, P.C.
Attorneys for defendants
By: _____
2004 Ralph Avenue
Brooklyn, N.Y. 11234

_____
Ricardo Gonsalves

_____
Bibi Gonsalves

Monday, November 03, 2003.max

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x

DAVID A. GOMES and CAMEILA N. GOMES,

      Plaintiffs,

- against -

RICARDO GONSALVES and BIBI GONSALVES,

      Defendants.
-------------------------------------------------------x

Civil Action No.

CV 03 0320 (SJ)

*STIPULATION OF DISCONTINUANCE*

  IT IS STIPULATED that this action, including the claims stated in the complaint and the counterclaims stated in defendants' answer, is discontinued, with prejudice, each party bearing their own costs. This stipulation may be executed in counterparts.

Dated: Mineola, N.Y.
   10|8, 2003

_____
Mark M. Horowitz
Attorney for plaintiff
300 Old Country Road
Mineola, N.Y. 11501

_____
David A. Gomes

_____
Cameila N. Gomes

Lazarowitz & Manganillo, P.C.
Attorneys for defendants
By:_____
2004 Ralph Avenue
Brooklyn, N.Y. 11234

_____
Ricardo Gonsalves

_____
Bibi Gonsalves

The foregoing Stipulation is hereby

## SO ORDERED:

s/ S. Johnson, Jr.

_____
U.S. District Judge

Date: 10/14/03

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

DAVID A. GOMES, et ano,

                    Plaintiffs

- against -

RICARDO GONSALVES, et ano,

                    Defendants.

*STIPULATION OF*
*DISCONTINUANCE*

MARK M. HOROWITZ
Attorney for *plaintiffs*
*Office, P.O. Address & Tel.:*
300 Old Country Road - Suite 11
Mineola, N.Y. 11501
(516) 773-3250